Raechel T. Kauders, appellant, v. Equitable Life Assurance Society of the United States, appellee. Gen. No. 39,847.

Opinion filed April 11, 1938. Rehearing denied April 25, 1938.

Bowe & Bowe, for appellant; Augustine J. Bowe, of counsel. Mayer, Meyer, Austrian & Platt, for appellee; Miles G. Seeley, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Frieda Gerard, appellant, v. Harry J. Guyon et al., appellees. Gen. No. 39,869.

Opinion filed April 11, 1938. Rehearing denied April 25, 1938.

Raymond C. Schnell, for appellant. John T. Murray and William J. Kafka, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Pocahontas Coal Sales Company, appellee, v. Quality Coal Sales Company et al. Quality Coal Sales Company, appellant. Gen. No. 39,883.

Opinion filed April 11, 1938.

Musgrave, Oppenheim, Price & Ewins, for appellant. Henry T. Martin and Bruce E. Brown, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

J. K. Dering Coal Mining Corporation, appellee, v. Quality Coal Sales Company et al. Quality Coal Sales Company, appellant. Gen. No. 39,884.

Opinion filed April 11, 1938.

Musgrave, Oppenheim, Price & Ewins, for appellant. Henry T. Martin and Bruce E. Brown, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Frank Hruby, appellee, v. Anton Janura et al., appellants. Gen. No. 39,926.